FRANCES W. HAINES, Appellant, *v.* TWELFTH WARD
BANK OF THE CITY OF NEW YORK, Respondent.

*Haines* v. *Twelfth Ward Bank of N. Y.*, 162 App. Div. 164,
affirmed.

(Argued April 4, 1917; decided April 24, 1917.)

APPEAL from a judgment, entered May 25, 1914, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department, reversing a judgment in
favor of plaintiff entered upon a decision of the court on
trial at Special Term and directing a dismissal of the
complaint in an action to secure the cancellation of a
certain judgment of record. The judgment was recov-
ered by the defendant in an action upon a promissory
note which plaintiff had indorsed. As collateral security
there had been assigned to the defendant a one-half
interest in a fourth mortgage. The mortgaged premises
were thereafter sold on foreclosure of a prior mortgage
and defendant became the purchaser, bidding an amount
sufficient to cover all outstanding liens against the prem-
ises, and immediately thereafter pursuant to a previous
agreement transferred the premises to a third party for
an amount showing a profit to the bank of an amount
more than sufficient to wipe out the indebtedness to
secure which the collateral had been assigned. Plaintiff
contended that the bank by reason of its position as
pledgee of the security owed a duty to the plaintiff to
deal fairly with her as such pledgee and had no right to
profit at her expense; that the bank did not deal fairly
with her and did profit at her expense in the making of
the contract with the subsequent purchaser which at
once eliminated him as a possible bidder for the property;
that in equity, the bid of the respondent bank was in
substance and in effect the bid of the subsequent pur-
chaser and that he in fact paid on this foreclosure sale
$201,000, of which the respondent bank received the bene-
fit, although the public bid was only $182,500, and that

the respondent bank is bound to account to the appellant for the actual amount paid by subsequent purchaser.

*A. S. Gilbert* and *Godfrey Cohen* for appellant.

*Philip Russell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J.